IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:01-972-JFA |
|---|---|---|
| v. | ) | ORDER |
| CARNELL WILLIAMS | ) | |

The defendant has moved for early termination of his supervised release, and the United Probation Officer has informed this court that the defendant is in full compliance with all of the terms of his supervised release at this time. However, there remains an unpaid balance of $3,875 due on the fine imposed by this court. Because it will be difficult to collect the balance of the fine if the defendant is released from supervision early, the motion is respectively denied.

    IT IS SO ORDERED.

February 21, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge